No. 13,492.

CHANDLER, RECEIVER OF DIAMOND MOTOR PARTS CO.
v. PEKETZ.
(64 P. [2d] 594)

Decided December 31, 1936.

PER CURIAM.

Judgment of affirmance heretofore entered herein (97 Colo. 268, 49 P. [2d] 425) vacated and the judgment of the district court reversed en banc without written opinion, pursuant to mandate of the Supreme Court of the United States now on file. See *Chandler v. Peketz,* 297 U. S. 609, 56 Sup. Ct. 602, 80 L. Ed. 881.

Messrs. BLOUNT, SILVERSTEIN & ROSNER, Mr. HAROLD F. COLLINS, for plaintiff in error.

No appearance for defendant in error.

Mr. E. B. EVANS, amicus curiae.

MR. CHIEF JUSTICE CAMPBELL and MR. JUSTICE BUTLER not participating.